**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIFFANY BATOR<br><br>        Plaintiff<br><br>v.<br><br>PALISADES COLLECTIONS, LLC<br><br><br>        Defendant | CIVIL ACTION<br><br>NO:   3:09-cv-2510 ARC<br><br><br>JURY TRIAL DEMANDED<br><br>**NOTICE OF DISMISSAL**<br>**ELECTRONICALLY FILED** |

### NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE

TO THE CLERK OF COURT:

    Kindly dismiss the above-captioned matter without costs and with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**KELLEY & POLISHAN, LLC**

S/ PATRICK WALSH
PATRICK WALSH, ESQUIRE/87931
**KELLEY & POLISHAN, LLC**
259 S. KEYSER AVE.
OLD FORGE, PA 18518
Phone: (570) 562-4520
Fax: (570) 562-4531

Email: pwalsh@kelleypolishanlaw.com
**ATTORNEY FOR PLAINTIFF**
**TIFFANY BATOR**

G:\K&P\Bator 1365.00\Bator v Palisades 1365.01\Notice of Dismissal.wpd